# UNITED STATES DISTRICT COURT
## District of Kansas

U.S. District Court
District of Kansas

JUL **1 9** 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

CASE NO. 12- *M-6125* -**01**- *KMH*

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

**Defendant.**

---

# COMPLAINT

---

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about April 19, 2012, in the District of Kansas and elsewhere, the defendant,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did unlawfully employ, use, persuade, induce, entice and coerce a minor, 9 year old Jane Doe born in 2002, to engage in sexually explicit conduct for the purpose of producing a visual

depiction of such conduct and the visual depiction was produced and transmitted using materials that had been mailed, shipped, or transported in interstate and foreign commerce, and the visual depiction was transported and transmitted in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Sections 2251(a).

### COUNT 2

On or about April 29, 2012, in the District of Kansas and elsewhere, the defendant,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did unlawfully employ, use, persuade, induce, entice and coerce a minor, 9 year old Jane Doe born in 2002, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was produced and transmitted using materials that had been mailed, shipped, or transported in interstate and foreign commerce, and the visual depiction was transported and transmitted in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Sections 2251(a).

### COUNT 3

On or about July 17, 2012, in the District of Kansas, the defendant,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly and intentionally possess and access with intent to view one or more matters which contained visual depictions of minors, the production of which involved the use of minors

engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT 4

On or about July 17, 2012, in the District of Kansas, the defendant,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, one or more of the following firearms and ammunition, to wit:

Ithaca 12 gauge single barrel shotgun S/N 510009384;
Unknown make and model bolt action rifle S/N 3175967;
SKS 7.62 rifle S/N 1209413:
Savage 110 30-06 rifle S/N F145290;
Unknown make .22 caliber rifle S/N 276057;
Ruger .22 caliber rifle S/N 252-94311;
Harrington & Richardson Model 410 Rifle S/N HX210564;
Ruger GP100 .357 Magnum handgun S/N 171-21636;
Smith and Wesson .38 Special handgun S/N 02343;
and ammunition;

said firearms and ammunition having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I, Ryan McDonald, further state that I am a Special Agent with the Federal Bureau of Investigation in Wichita, Kansas and that this Complaint is based upon the following facts:

**See attached affidavit which is incorporated herein by reference.**

Continued on the attached sheet and made a part hereof:

   X   Yes       No

 

Ryan McDonald
Special Agent, Federal Bureau of Investigations
Wichita, KS

Subscribed and sworn to before me this 19th day of July, 2012, at Wichita, Kansas.

Honorable Karen M. Humphreys
U.S. Magistrate Judge
District of Kansas

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR CRIMINAL COMPLAINT

I, Ryan McDonald, Special Agent of the Federal Bureau of Investigation, being duly sworn, do hereby depose and state:

### Introduction

1.    This affidavit is made in support of a criminal complaint for the following individual: Philip Andra Grigsby, white  male, DOB xx/xx/1962, for Production of Child Pornography, in violation of Title 18 United States Code  §2251(a), in that he produced and transmitted images depicting Jane Doe, a 9 year old (YOB 2002) female, engaging in sexually explicit conduct, for Possession of Child Pornography, in violation of Title 18 United States Code §2252(a)(4)(B), in that he possessed images depicting minor children (other than Jane Doe) engaged in sexually explicit conduct that had been shipped and transported in interstate commerce by computer, and for Felon in Possession of a Firearm, in violation of Title 18 United States Code §922, in that he was previously convicted a felony punishable by more than one year imprisonment and was in possession of firearms and ammunition  while prohibited from possessing such.

2.    At all times throughout this affidavit I use the term "child pornography" merely as shorthand to refer to visual depictions of actual minors engaged in sexually explicit conduct.  I use the terms "visual depiction," "minor," and "sexually explicit conduct" as those terms are defined in 18 U.S.C. § 2256.

### Background of Affiant

Page **1** of **13**

3.    I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), currently
      assigned to the Wichita, Kansas Resident Agency, Kansas City Division, and have been
      employed by the FBI since January of 2011.  Prior to service with the FBI, I was a
      Special Agent with the United States Department of State for five years.  As a SA of
      the FBI, I am authorized to investigate violations of laws of the United States, and I am
      a law enforcement officer with authority to execute arrest and search warrants under the
      authority of the United States.  Additionally, I have responsibility for investigating
      violations of Title 18, United States Code (U.S.C) § 2251 and 2252 and 2252A, certain
      activities relating to material involving the sexual exploitation of minors.

### Investigation

4.    The information in this affidavit is information known to me as a result of my
      participation in this investigation or is information that has been communicated to me by
      other law enforcement investigators and witnesses.

5.    In or about May 2012, an Australian citizen (AUCIT) was arrested by the Australian
      Federal Police (AFP) relating to a child pornography investigation.  The AFP obtained
      access to AUCIT's email accounts and observed hundreds of emails between AUCIT and
      numerous other individuals.  Many of these emails appeared to contain child pornography
      or demonstrate an interest in child pornography.

6.    Further investigation by the AFP identified three Yahoo accounts that appeared to have
      been operated by the same individual, as the messages from these accounts contained
      images of the same prepubescent white female, hereinafter referred to as Jane Doe, and

discussed details about her, including consistent references to her name "Meagan" (which
was not Jane Doe's real name).  These three email accounts were:

     a.     philag62@yahoo.com

     b.     mufdvr62@yahoo.com

     c.     imacumgobbler@yahoo.com

7.     On or about July 12 and 13, 2012, SA Daniel E. O'Donnell, while serving a Temporary
Duty Assignment with the AFP in its Canberra, Australia Headquarters, reviewed the
correspondence between the above three Yahoo accounts and AUCIT.  SA O'Donnell
observed numerous messages referencing Jane Doe engaged in sexually explicit conduct
which were sent by each of the aforementioned three Yahoo email accounts to AUCIT,
including messages where images of Jane Doe were sent to AUCIT .  Examples and
details of the pertinent communications are as follows:

     a.     On March 31, 2012, beginning at approximately 12:29:51 GMT, the user
of email account "**philag62@yahoo.com**" stated, among other things:
        "I have some new ones of Meagan"
        "the little cum gobbler in action"
        "she does love cock"

     b.     On March 31, 2012, beginning at approximately 13:01:15 GMT, the user
of email account "**philag62@yahoo.com**" stated, among other things:
        "go to her yahoo page" and identified that page as
        "**imacumgobbler@yahoo.com**"

     c.     On March 31, 2012, beginning at approximately 13:10:14 GMT, the user
of email account "**imacumgobbler@yahoo.com**" responded to the
question, "is she 10yo ?  just guessing" with the answer "9".

     d.     On April 3, 2012, beginning at approximately 22:04:54 GMT, the user of
email account "**philag62@yahoo.com**", in response to being asked
"Megan at school ?", conversed about a video he possessed of her and
stated, among other things:
        "she is doing homework"
        "she jacks my cock and looks at it and says "ok mr cock are you
        ready to be sucked" then she stuffs it in her mouth and sucks hard"

e.    On April 19, 2012, beginning at approximately 11:08:58 GMT, the user of email account "**philag62@yahoo.com**", stated, among other things:
"meagans got news for you"
"she had her fisrt anal last night"
"she loved it and I took pics"
"go to her yahoo and I will show you"

f.    On April 19, 2012, at approximately 11:52:48 GMT the user of email account "**imacumgobbler@yahoo.com**", sent an email with seven attached images entitled "ass fuck 1.JPG", "ass fuck 2.JPG", "ass fuck 3.JPG", "ass fuck 4.JPG", "hand job 1.JPG", "suck 12.JPG", and "suck 9.JPG". A review of the images revealed they all contained child pornography, depicting Jane Doe or a prepubescent white female of similar build and appearance to Jane Doe (some did not include an image of the child's face). Examples and descriptions of these images are as follows:
"ass fuck 1.JPG": An image depicting an adult male's penis pressed against the vagina of Jane Doe, who is naked and holding the penis with her right hand.
"ass fuck 2.JPG": An image depicting the anal penetration of a prepubescent white female that is or looks like Jane Doe by an adult male's penis.
"ass fuck 3.JPG": An image depicting Jane Doe naked and kneeling forward with her legs spread out and her face pressed against a bed, positioned in a manner to display her anus and vagina.
"suck 9.JPG": An image depicting Jane Doe naked, with her hands and tongue on an adult male's penis. A dark –brown colored substance, looking like syrup, is on the male's penis as well.

g.    On April 29, 2012, at approximately 13:53:20 GMT, "**imacumgobbler@yahoo.com**", sent an email with seven attached images entitled "ass gape 4.JPG", "cam 1.JPG", "cam 2.JPG", "cam 3.JPG", "cam 4.JPG", "hand job 3.JPG", and "masterbate 3.JPG". A review of the images revealed they all contained child pornography or child erotica depicting Jane Doe. Examples and descriptions of these images are as follows:
"cam 2.JPG": An image depicting Jane Doe wearing black fish-net stockings and lace underwear with her legs spread open and what appears to be a dildo with a red cap pressed against her vagina.
"cam 4.JPG": An image depicting Jane Doe standing and wearing the same lace underwear as the "cam 2.JPG" image above, with the same object near or inside her mouth. In the background

Page **4** of **13**

of the image, a physical fitness certificate can be seen hanging on the wall. The letters "McPherson Middle School" (MMS), as well as the first name and partial last name of an individual are printed on the certificate, hereinafter referred to as "W".

h.    On May 18, 2012, beginning at approximately 10:34:43 GMT, the user of email account "**mufdvr62@yahoo.com**" stated, among other things:
"do you have any new pics I got some new ones of meagan"
"go to meagans page"

8.    A search of publicly available records for MMS revealed numerous schools throughout the United States with that name. One of these schools was identified as MMS in McPherson County, Kansas.

9.    SA O'Donnell then conducted a search of publicly available records for the email accounts "philag62@yahoo.com", "mufdvr62@yahoo.com", and "imacumgobbler@yahoo.com", which revealed numerous results associated with "philag62@yahoo.com". Examples of these search results are as follows:

a.    A search of the website, www.pipl.com, revealed that the email address "philag62@yahoo.com" was associated with Phil A. Grigsby, an electrical engineer at MKEC Engineering Consultants. An address of 2791 5th Avenue, Marquette, Kansas 67464 was also listed, as well as two profiles for Phil A. Grigsby on social networking sites: LinkedIn (www.linkedin.com ) and MySpace (www. myspace.com). A photograph depicting a white male wearing a construction-style hard-hat with glasses and a partially white beard was also depicted next to the name Phil A. Grigsby.

b.    A search of LinkedIn for Phil A. Grigsby revealed a profile for "Phil Grigsby", an electrical engineer at MKEC Engineering Consultants, and located in the Wichita, Kansas area. The same photograph depicting a white male wearing a construction-style hard-hat with glasses and a partially white beard was contained on this profile.

c.    A search of MySpace for Phil A. Grigsby revealed a profile for "Phil" and contained the same photograph depicting a white male wearing a construction-style hard-hat with glasses and a partially white beard.

d.    A search of Google for "philag62@yahoo.com" revealed an Excel Spreadsheet which appeared to have been published by the website:

> http://kruger.morganmyers.com/online%20registrants/allregistrants.xlsx.
> A review of this spreadsheet revealed an entry for Phil Grigsby, email
> address "philag62@yahoo.com", 2791 5th Avenue, Marquette, Kansas
> 67464, telephone number (785) 546-2394.

10.    A search of Facebook was then conducted by SA O'Donnell for "Phil Grigsby" and

revealed a profile page for "Phil A. Grigsby" in Marquette, Kansas. A further search of

Grigsby's profile revealed over 1,900 "Friends", which contained Facebook profiles for

each. A review of these "Friends" accounts revealed a profile for an individual hereafter

referred to as "X". SA O'Donnell accessed the link to "X's" Facebook profile which

revealed a group labeled "Family", which included Facebook profiles of various

individuals. A review of this group included the profile for Grigsby and a second profile

which appeared to belong to Jane Doe. A third profile was also identified which

appeared to match the name found on the aforementioned MMS certificate for "W".

11.    SA O'Donnell then accessed the link to the Facebook profile that appeared to depict Jane

Doe. After accessing this profile, SA O'Donnell reviewed numerous images included on

the "Photos" tab of Jane Doe's profile, which revealed a prepubescent white female who

appeared to be identical to the prepubescent while female depicted in the child

pornography and erotica images described above. Further, a review of Jane Does'

Facebook "Friends" list included the profile of Grigsby.

12.    On July 12, 2012, an administrative subpoena was issued to Yahoo requesting subscriber

information and Internet Protocol (IP) address logs in regards to the aforementioned

email accounts, "philag62@yahoo.com", "mufdvr62@yahoo.com", and

"imacumgobbler@yahoo.com". A review of the results provided by Yahoo pursuant to

this administrative subpoena identified the following subscribers related to the accounts,

as well as the IP address used to access the accounts (note, all of the accounts were accessed from the same IP address):

    a.    The subscriber of **philag62@yahoo.com** was listed as Mr. Phil Grigsby from Marquette, KS United States 67464, with an alternate Communication Channel of philandtammy@kans.com. The account was last accessed from IP address **69.35.237.148** at 13:23:45 (GMT) on July 11, 2012. This IP address was utilized during each of the pertinent email communications identified above. The first record on the account involving the usage of IP address **69.35.237.148** was on September 24, 2011.

    b.    The subscriber of **mufdvr62@yahoo.com** was listed as Mr. Phil Jones from KY, United States 40501, with an alternate Communication Channel of **imacumgobbler@yahoo.com**. The account was last accessed from IP address **69.35.237.148** at 05:32:12 (GMT) on July 11, 2012. This IP address was also utilized during the pertinent email communication identified above on May 18, 2012. The first record on the account involving the usage of IP address **69.35.237.148** was on September 25, 2011.

    c.    The subscriber of **imacumgobbler@yahoo.com** was listed as Meagan Smith from United States 90210, and the account was registered on March 20, 2012 from IP address **69.35.237.148**. The account was last accessed from IP address **69.35.237.148** at 01:26:13 (GMT) on July 10, 2012, and this IP address was utilized during each of the pertinent email communications identified above.

13.    On July 13, 2012, an administrative subpoena was issued to Hughes Network Systems requesting subscriber information in regards to the aforementioned IP address **69.35.237.148** for dates from March 1 through July 13, 2012.   A review of the results provided by Hughes Network Systems pursuant to this administrative subpoena identified Phil Grigsby, 2791 5th Avenue, Marquette, Kansas, as the account holder for IP address **69.35.237.148** on all dates from March 1 through July 13, 2012.  Hughes Network Systems also identified that Grigsby's account was created on September 24, 2011.

14.    SA O'Donnell forwarded this information to the Wichita Field Office.  SA Rebecca

Martin enlisted the aid of Marquette Kansas Police Department Chief Darrell Elvin to

confirm that Phil A. Grigsby had and currently resided at 2791 5th Avenue, Marquette,

Kansas 67464.  Information provided by the Kansas Department of Motor Vehicles

revealed that Philip Andra Grigsby, DOB xx/xx/1962, listed his residence as 2791 5th

Avenue, Marquette, Kansas 67464.  A check of the McPherson County Property Records

on July 12, 2012, revealed that 2791 5th Avenue, Marquette, Kansas 67464, was owned

by Phil A. Grigsby and Tammy L. Grigsby.  SA Martin also learned that Philip A.

Grigsby had been previously convicted of a felony or felonies punishable by a term

exceeding one year, in case 8800078CFA0160 on June 1, 1988, in the 5th Circuit Court of

Tavares County, Florida.

15.    On July 16, 2012, SA Martin applied for and obtained a search warrant for the residence

at 2791 5th Avenue, Marquette, Kansas.  On July 17, 2012, agents executed the search

warrant.  SA Tom Ensz obtained  a second search warrant on that same day when

firearms and sex toys were discovered in the residence during the course of the search.

16.    Philip A. Grigsby was at the residence when law enforcement arrived to execute the first

search warrant .  Grigsby was taken into custody and agreed to speak to law enforcement.

Under Miranda, Grigsby admitted he had created and operated the three Yahoo email

accounts described above in paragraph 6.  Grigsby also admitted to using Yahoo

messenger to chat with individuals he met through "FetLife", a website devoted to

fetishes.  Grigsby also consented to a search of the outbuildings, Ford F-150 truck and

Chevrolet Aveo car located at the residence.  Grigsby denied involvement in child

pornography.

17.     While at the residence, agents observed that the backgrounds seen in the images of Jane

        Doe (referenced above) matched locations in the residence.  Agents found and seized

        bed-clothes that matched those seen in the images sent to AUCIT.  Agents also found and

        seized a variety of digital media, sex toys, firearms and ammunition.

18.     The firearms were found hidden in the attic, under insulation.  The ammunition was

        located throughout the house in various locations, as well as in Grigsby's Ford truck.

        Agents also observed a reloading station in the basement of the residence.  The firearms

        and ammunition included:

                Ithaca 12 gauge single barrel shotgun; S/N 510009384
                Unknown make and model bolt action rifle; S/N 3175967
                SKS 7.62 rifle; S/N 1209413
                Savage 110 30-06 rifle; S/N F145290
                Unknown make .22 cal rifle; S/N 276057
                Ruger .22 caliber rifle; S/N 252-94311
                Harrington & Richardson Model 410 Rifle; S/N HX210564
                Ruger GP100 .357 Magnum handgun; S/N 171-21636
                Smith and Wesson .38 Special handgun; S/N 02343
                Remington .22 caliber ammo
                Winchester 9mm ammo
                Federal .38 Special ammo
                Winchester .38 Special ammo
                Remington .38 Special ammo
                Western .38 Special ammo
                Winchester .44 magnum
                Federal 12 gauge shotgun shells
                Winchester 12 gauge shotgun shells
                Winchester 7.62mm  ammo
                Federal 7.62mm ammo
                Winchester .30-06 ammo
                Winchester .410 caliber shotgun slug
                Remington .410 caliber shotgun slug

        Agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives advised that these

        firearms and ammunition would not have been manufactured in Kansas and would have

        traveled or shipped in interstate commerce.

19.    The sex toys were located in a bag found in the attic, and included dildos, a detachable

strap-on dildo, a whip, and a variety of dark-brown syrups.  The dildo observed in the

images sent to AUCIT was not located.  However, that dildo was observed in several

photos of sex toys laid out on a blanket with the ones found in the bag.  That photo was in

a folder titled "Toys" located on  the SanDisk Cruzer thumbdrive discussed below.  The

substance seen in "suck9.jpg" (one of the images sent to AUCIT) appears similar to and

consistent with the dark-brown syrups found in the bag.

20.    At the time of the writing of this affidavit, not all of the digital media has been

forensically previewed or examined.  However, on July 18, 2012, SA Mike Daniels, a

forensically trained investigator with the Innocent Images Task Force, conducted a

forensic preview of some of the digital media.

21.    SA Daniels previewed a Dell Inspiron laptop and found an image of Jane Doe wearing a

bib with "cum gobbler" written on it, with an arrow pointing up to her mouth/face.  This

picture was identified as an icon used by the Yahoo! Messenger profile

"imacumgobbler", with a creation date of March 20, 2012.  This means the picture would

have appeared as the image associated with "imacumgobbler@yahoo.com" at some time.

As the "imacumgobbler" profile was created on March 20, 2012, as referenced above in

paragraph 12c, this picture appears to have been selected at or near the time the profile

was created by Grigsby.

22.    SA Daniels previewed an SD card in an Olympus digital camera (bearing a

manufacturer's stamp of "Made in China").  SA Daniels found sexually explicit images

of Jane Doe on this card, in both allocated (saved) and unallocated (deleted) space.

These images depicted Jane Doe engaged in a variety of sexually explicit conduct in

various locations in the residence. The two images in the allocated (or saved) space depicted Jane Doe performing oral sex. Approximately 50 more images of Jane Doe were found in the unallocated (or deleted) space of the SD card, many of which depicted Jane Doe performing oral sex, exposing her genitals, and included bondage images. At least one image depicts a nude Jane Doe wearing a bib that says "**cum gobbler**" on it, with an adult penis approaching her mouth. The penis has a visible and distinct vein on it that bears the shape of a question mark .

23.     Also on this SD card were a collection of images of Grigsby engaged in sexual acts with his wife, Tammy. Grigsby appears to be the person operating the camera, as certain photos show his arms stretched above his head to operate the camera in a self-portrait fashion. Grigsby is identifiable in these images due a view of his head, a tattoo on his chest, and a visible and distinct vein on his penis that looks similar to the question mark shape seen in many images involving Jane Doe.

24.     SA Daniels also found images of Jane Doe engaged in sexually explicit conduct on a SanDisk Cruzer thumbdrive. This thumbdrive had a folder titled "Share" which contained approximately 60 images of Jane Doe, many of which involved sexually explicit conduct and 4 of which depicted Jane Doe wearing the "cum gobbler" bib. Within this folder were also several images of Jane Doe sitting on the lap of Grigsby in front of a computer, showing both of them unclothed from the waist up, and the computer appears to be in a chat session. Grigsby appears to be taking a self-portrait of the two of them.

25.     SA Daniels also found images of other child pornography on a Sony thumbdrive. From prior experience in these types of investigations, SA Daniels recognized several of the

images as known (previously identified) series of child pornography. Most of the images were located in folders bearing names indicative of the series. Among those folders of child pornography was a folder titled "Profile Pics" which included a picture of Grigsby.

26.    On July 17, 2012, agents and local law enforcement also located and identified Jane Doe, a 9 year old minor female child born in 2002. Jane Doe was interviewed by a trained forensic interviewer, but did not verbally disclose any sexual abuse by anyone. Jane Doe was not shown any of the images found by law enforcement.

27.    On July 18, 2012, SAs Mike Little and Chris Glass located and interviewed Grigsby's wife, Tammy Grigsby. Tammy was presented with a photo showing the penis with the visible and distinct vein in the shape of a question mark, and Tammy identified it as Grigsby's penis.

28.    The penis with the visible and distinct vein in the shape of a question mark is seen in many of the images involving Jane Doe, including those sent to AUCIT, several involving the "cum gobbler" bib, and many others found within the previewed digital media.

### Conclusion

Based on the above information, your Affiant asserts there is probable cause to believe that Philip Andra Grigsby engaged in the Production of Child Pornography, in violation of Title 18 United States Code §2251(a), in that he produced and transmitted images depicting Jane Doe, a 9 year old (YOB 2002) female, engaging in sexually explicit conduct, and that such images were actually transmitted in interstate or foreign commerce or produced with materials that were shipped or transported in interstate or foreign commerce. Your Affiant asserts there is probable

cause to believe that Philip Andra Grigsby engaged in the Possession of Child Pornography, in violation of Title 18 United States Code §2252(a)(4)(B), in that he possessed and accessed with intent to view images depicting minor children (other than Jane Doe) engaged in sexually explicit conduct that had been shipped and transported in interstate commerce by computer. Your Affiant also asserts that there is probable cause to believe that Philip Andra Grigsby was a prohibited person in possession of firearms and ammunition, in violation of Title 18 United States Code §922.

Ryan McDonald, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me in my presence on the 19th day of July, 2012.

United States Magistrate Judge
Judge Karen M. Humphreys