# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                CASE NO. **12-10174-01-JTM**

PHILIP ANDRA GRIGSBY,
aka PHILAG62@yahoo.com,
aka MUFDVR62@yahoo.com,
aka IMACUMGOBBLER@yahoo.com,

        Defendant.

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Sexual Exploitation of a Child)**

On or about March 24, 2012, within the District of Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe

born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual

depiction of such conduct, to wit, a video titled "Suck 1.mpg", using materials that have been

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Sections 2251(a).

## COUNT 2
**(Sexual Exploitation of a Child)**

On or about March 31, 2012, within the District of Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, to wit, an image titled "Breakfast 3.jpg", using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Sections 2251(a).

## COUNT 3
**(Sexual Exploitation of a Child)**

On or about April 19, 2012, within the District of Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, to wit, an image titled "ass fuck 3.jpg", and the visual depiction was transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a).

## COUNT 4
**(Sexual Exploitation of a Child)**

On or about April 19, 2012, within the District of Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, to wit, an image titled "suck 13.jpg", and the visual depiction was transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a).


## COUNT 5
**(Sexual Exploitation of a Child)**

On or about April 29, 2012, within the District of Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, to wit, an image titled "hand job 3.jpg", and the visual depiction was transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a).

## COUNT 6
### (Sexual Exploitation of a Child)

On a date unknown to the Grand Jury but before July 16, 2012, within the District of

Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe

born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual

depiction of such conduct, to wit, an image titled "after school snack (1).jpg", using materials

that have been mailed, shipped, and transported in and affecting interstate and foreign commerce

by any means, in violation of Title 18, United States Code, Sections 2251(a).

## COUNT 7
### (Sexual Exploitation of a Child)

On a date unknown to the Grand Jury but before July 16, 2012, within the District of

Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe

born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual

depiction of such conduct, to wit, an image titled "bondage 4.jpg", using materials that have been

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

in violation of Title 18, United States Code, Sections 2251(a).

## COUNT 8
### (Sexual Exploitation of a Child)

On a date unknown to the Grand Jury but before July 16, 2012, within the District of

Kansas,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, 9 year old Jane Doe

born in 2002, to engage in sexually explicit conduct for the purpose of producing any visual

depiction of such conduct, to wit, an image identified as "2[1969284].jpg", using materials that

have been mailed, shipped, and transported in and affecting interstate and foreign commerce by

any means, in violation of Title 18, United States Code, Sections 2251(a).


## COUNT 9

On or about July 17, 2012, in the District of Kansas, the defendant,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

did knowingly and intentionally possess and access with intent to view one or more matters

which contained visual depictions of minors, the production of which involved the use of minors

engaging in sexually explicit conduct and such visual depictions were of such conduct, that had

been mailed, shipped and transported in interstate commerce by computer, all in violation of

Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT 10

On or about July 17, 2012, in the District of Kansas, the defendant,

**PHILIP ANDRA GRIGSBY,**
**aka PHILAG62@yahoo.com,**
**aka MUFDVR62@yahoo.com,**
**aka IMACUMGOBBLER@yahoo.com,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, one or more of the following firearms and ammunition, to wit:

Ithaca, Model 51, 12 gauge shotgun, S/N 510009384;
Chinese, Model SKS, 7.62x39 caliber rifle, S/N 3175967;
Norinco, Model SKS, 7.62x39 caliber rifle, S/N 1209413:
Savage, Model 110, 30.06 caliber rifle, S/N F145290;
KSA LLC, Model Crickett, .22 caliber rifle, S/N 276057;
Sturm, Ruger, Model 10/22, .22 caliber rifle S/N 252-94311;
Harrington & Richardson, Model Pardner, .410 shotgun, S/N HX210564;
Sturm, Ruger, Model  GP100, .357 Magnum revolver, S/N 171-21636;
Smith and Wesson, Model 10-5, .38 Special revolver, S/N D142943;
and ammunition;

said firearms and ammunition having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 2251(a) or 2252(a)(4)(B), as set out in Counts 1 through 9 of this Indictment, the defendant, **PHILIP ANDRA GRIGSBY,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

      1.      Dell Inspiron laptop;
      2.      Dell Inspiron desktop;
      3.      Logitech webcam;
      4.      Modem, Ethernet hub, and router;
      5.      Olympus Stylus 1010 camera;
      6.      Sanyo VPC-S1085 camera;
      7.      Panasonic VHS video camera;
      8.      Polaroid DVD player;
      9.      Sandisk flash drive;
      10.      Cruzer flash drive;
      11.      Sony flash drive;
      12.      SimpleTech external drive;
      13.      CDs;
      14.      Sex toys and lingerie.

All pursuant to Title 18, United States Code, Section 2253 (a).

Upon conviction of the offense in Count 10 of this Indictment, the defendant, **PHILIP ANDRA GRIGSBY,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

      1.      Ithaca, Model 51, 12 gauge shotgun, S/N 510009384;
      2.      Chinese, Model SKS, 7.62x39 caliber rifle, S/N 3175967;
      3.      Norinco, Model SKS, 7.62x39 caliber rifle, S/N 1209413:
      4.      Savage, Model 110, 30.06 caliber rifle, S/N F145290;
      5.      KSA LLC, Model Crickett, .22 caliber rifle, S/N 276057;
      6.      Sturm, Ruger, Model 10/22, .22 caliber rifle S/N 252-94311;
      7.      Harrington & Richardson, Model Pardner, .410 shotgun, S/N HX210564;
      8.      Sturm, Ruger, Model  GP100, .357 Magnum revolver, S/N 171-21636;
      9.      Smith and Wesson, Model 10-5, .38 Special revolver, S/N D142943;
      10.      Various ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## A TRUE BILL.


 October 10, 2012                                      /s/   Foreperson
DATE                                            FOREPERSON OF THE GRAND JURY



 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov


| It is requested that trial be held in **WICHITA, Kansas** |
| --- |