IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                                                     Case No. 12-10174-JTM

Philip Andra Grigsby,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on defendant Philip Grigsby's Motion for Verification of Filing Deadline (Dkt. 169), which seeks "an official deadline date" for him to file a hypothetical challenge to his conviction under 28 U.S.C. § 2255. The court cannot offer an advisory opinion as to a deadline for an event which has not yet occurred. *See United States v. Harrison*, No. 10-40131-RDR, 2012 WL 1476073 (D. Kan. April 27, 2012) (court cannot rule on the timeliness of a § 2255 petition until after the filing of the petition).

IT IS ACCORDINGLY ORDERED this 6th day of May, 2015, that the defendant's Motion for Verification is hereby denied.

                                                      s/ J. Thomas Marten
                                                     J. THOMAS MARTEN, JUDGE