IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS



FILED
U.S. District Court
District of Kansas
JUL 17 2015
Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA  )
    Plaintiff  )
                         )
                         )
vs.  )  Case No. 12-10174
                         )
PHILIP ANDRA GRIGSBY  )
    Defendant  )

## MOTION TO STAY §2255 PROCEEDINGS

COMES NOW the Defendant Philip Grigsby pro-se respectfully requesting this Honorable Court to order a stay in all proceedings concerning Mr. Grigsby's motion under 28 U.S.C.§2255.

In Support Thereof Mr. Grigsby States:

1.) Mr. Grigsby filed a timely motion under 28 U.S.C.§2255 on May 18, 2015.

2.) The government filed a response to Mr. Grigsby's motion under 28 U.S.C.§2255 on June 2, 2015, and failed to serve Mr.

Grigsby a copy of said response.

3.) The government was instructed by the Honorable J. Thomas Marten during the January 20, 2015 hearing to insure Mr. Grigsby as pro-se counsel is served with all filings by the Government yet has refused to do so.

4.) Mr. Grigsby has complained of the Government's practice of not serving documents to Mr. Grigsby as pro-se counsel through numerous motions to the district and appellate courts.

5.) Mr. Grigsby contends the Government's practice of not serving Mr. Grigsby as pro-se counsel is purposful and prejudicial in order to time bar Mr. Grigsby and deny Mr. Grigsby of due process.

Mr. Grigsby requests this Honorable Court to stay all proceedings of his motion under 28 U.S.C.§2255 until Mr. Grigsby is served with responses and allowed time to reply. Also Mr. Grigsby requests a review of any/all prejudicial actions of the United States Attorney's Office in violating the judicial process and Mr. Grigsby's constitutional rights.

Respectfully Submitted,

Philip Grigsby
#22325-031
U.S.P Tucson
P.O. Box 24550
Tucson, AZ 85734

CERTIFICATE OF SERVICE

I hereby certify that on or about July 14, 2015, that a true and correct copy of this MOTION TO STAY was sent out through the mail, registered, return receipt, from the UNITED STATES PENITENTIARY TUCSON, Tucson, Arizona, to the Clerk of the United States Court of Appeals for the Tenth Circuit and copies sent to the following:


Original and -0- copies to:

    Elisabeth Shumaker
    Clerk of the Court of Appeals
    for the Tenth Circuit
    1823 Stout St.
    Denver, CO 80257

    Clerk of the Courts
    United States District Court
    401 N. Market St., Room 204
    Wichita, KS 67202-2000

    Annette B. Gurney
    Office of the United States Attorney - Wichita
    301 N. Main St., Suite #1200
    Wichita, KS 67202-4812


Respectfully Submitted,

Philip Grigsby
#22325-031
U.S.P Tucson
P.O Box 24550
Tucson, AZ 85734

BP-A0493
JUN 10

SPECIAL MAIL NOTICE

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

### To The Inmate:

It is suggested you provide this instruction sheet for special mail privileges to your attorney(s) who is representing you, at the earliest opportunity, when you write to or visit with you attorney(s).

### To The Attorney:

The Bureau of Prisons Program Statement on Correspondence provides the opportun ity for an attorney who is representing an inmate to request that attorney-client correspondence be opened only in the presence of the inmate. For this to occur, Bureau policy requires that you adequately identify yourself as an attorney on the envelope and that the front of the envelope be marked "Special Mail - Open Only in the Presence of the Inmate" or with simi lar language clearly indicating that your correspondence qualifies as special mail and that you are requesting that this correspondence be opened only in the presence of the inmate. Provided the correspondence has this marking, Bureau s taff will open the mail only in the inmate's presence for inspection for physical contraband and the qualification of any en closure as special mail. The correspondence will not be read or copied if these procedures are followed. If your correspon dence does not contain the required identification that you are an attorney, a statement that your correspondence q ualifies as special mail, and a request that the correspondence be opened only in the presence of the inmate, staff may trea t the mail as general correspondence and may open, inspect, and read the mail.

```
Philip Grigsby
22325-031
USP Tucson
Tucson, AZ 85734
```

### SPECIAL MAIL OR LEGAL MAIL
### OPEN ONLY IN FRONT OF INMATE

(4) A radio or television news program, whose primary purpose is to report the news, of a station holding a Federal Communications Commission license.

(c) *Special mail* means correspondence *sent to the following:* President and Vice President of the United States, the U.S. Department of Justice (including the Bureau of Prisons), U.S. Attorneys Offices, Surgeon General, U.S. Public Health Service, Secretary of the Army, Navy, or Air Force, U.S. Courts (including U.S. Probation Officers), Members of the U.S. Congress, Embassies and Consulates, Governors, State Attorneys General, Prosecuting Attorneys, Directors of State Departments of Corrections, State Parole Commissioners, State Legislators, State Courts, State Probation Officers, other Federal and State law enforcement offices, attorneys, and representatives of the news media.

The Centers for Disease Control (CDC) is part of the U.S. Public Health Service; correspondence sent to the CDC is considered special mail.

An inmate is expected to use the special mail privilege responsibly. Refer questions concerning alleged abuses to the Office of General Counsel.

*Special mail* also includes correspondence *received from* the following: President and Vice President of the United States, attorneys, Members of the U.S. Congress, Embassies and Consulates, the U.S. Department of Justice (excluding the Bureau of Prisons but including U.S. Attorneys), other Federal law enforcement officers, State Attorneys General, Prosecuting Attorneys, Governors, U.S. Courts (including U.S. Probation Officers), and State Courts. For incoming correspondence to be processed under the special mail procedures (see §§ 540.18--540.19), the sender must be adequately identified on the envelope, and the front of the envelope must be marked "Special Mail — Open only in the presence of the inmate".

28 CFR §§ 540.18-19 refers to Sections 10 and 11, respectively, of this Program Statement.

d. *Warden* is defined in 28 CFR 500.1, separately published, as "... the chief executive officer of a U.S. Penitentiary, Federal Correctional Institution, Medical Center for Federal Prisoners, Federal Prison Camp, Federal Detention Center, Metropolitan Correctional Center, or any federal penal or correctional institution or facility. 'Warden' also includes any staff member with authority explicitly delegated by any chief executive officer."

3. MAIL DEPOSITORIES

§ 540.11 Mail depositories.

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

22325031

Philip Grigsby 22325031
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734



⇔22325-031⇔
Clerk Of Courts
United States Courthouse
401 N Market ST
Room 204
Wichita, KS 67202-2000
United States

