IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

        vs.                         Crim. Case No. 12-10174-JTM

PHILIP ANDRA GRIGSBY,
        Defendant.

MEMORANDUM AND ORDER

Two motions are now before the court. In the first motion (Dkt. 292), defendant Philip Grisby asks that the court strike its July 24, 2018 Order rejecting his request for collateral relief. (Dkt. 291, filed concurrently in *Grigsby v. Baltazar*, No. 18-3138-JTM, Dkt. 3). On August 10, 2018, the court denied a similar motion to strike in *Grigsby v. Baltazar* (No. 18-3138-JTM Dkt. 10). The court adopts and incorporates that decision here, and accordingly denies the present motion to strike for the reasons stated therein.

In the second motion (Dkt. 295), Grigsby alleges that the court filed no order relating to his requests (Dkt. 264, 265, 266) to modify the no-contact order, and that a copy of the Memorandum Opinion is necessary for him to present his petition for certiorari from the Tenth Circuit's decision to the United States Supreme Court. This is not correct. This court's Order of December 12, 2017 (Dkt. 267) fully addressed the issue of modifying the no-contact requirement. The docket shows that a physical copy of the Order was mailed to Grigsby the same day. The motion is without merit and is denied, although the

court in the interests of justice hereby directs the Clerk of the Court, when mailing a copy of the present Order to the defendant, to include another copy of the December 12 Order.

IT IS ACCORDINGLY ORDERED this day of of October, 2018, that the defendant's Motion to Strike (Dkt. 292) and Motion for Order (Dkt. 295) are denied.

s/J. Thomas Marten<br>
J. Thomas Marten, Judge